IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
Davenport Division

| | |
|---|---|
| J. ANNA BIRCH, ) | |
| ) | Case No. 3:14-cv-0028 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION OF VOLUNTARY** |
| ) | **DISMISSAL WITH PREJUDICE** |
| VEYANCE TECHNOLOGIES, INC., ) | |
| STACIE BARTON, ) | |
| ) | |
| Defendants. ) | |

The parties, by their attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate for dismissal of the above-captioned matter with prejudice.


    /s/ Heather L. Carlson
Heather L. Carlson
McDonald, Woodward & Carlson, P.C.
3432 Jersey Ridge Road
Davenport, Iowa 52807
Telephone: (563) 355-6478
Facsimile: (563) 355-1354
Email: hcarlson@mwilawyers.com

ATTORNEY FOR PLAINTIFF


    /s/ Eric S. Clark
Eric S. Clark (Ohio #0071035)
*Admitted Pro Hac Vice*
George B. Musekamp (Ohio #0087060)
*Admitted Pro Hac Vice*
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4089
Telephone: (513) 352-6555
Facsimile: (513) 241-4771
Email: Eric.Clark@thompsonhine.com

1

Kimberly K. Hardeman, AT0003230
LEDERER WESTON CRAIG PLC
118 Third Avenue SE, Suite 700
Cedar Rapids, Iowa 52406
Telephone: (319) 365-1184
Facsimile: (319) 365-1186
Email: khardeman@lwclawyers.com

ATTORNEYS FOR DEFENDANT

Copies to:

Kimberly K. Hardeman
Attorney at Law
118 Third Avenue SE, Ste. 700
Cedar Rapids, IA 52406
khardeman@lwclawyers.com

Eric S. Clark
George B. Musekamp
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, Ohio 45202-4089
Eric.Clark@thompsonhine.com

| **CERTIFICATE OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 10th day of July, 2015.<br><br>By x ECF System Participant (Electronic Service)<br><br>Signature   /s/ Amie Chantos |